UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LOIS M. SMITH  :  BK. NO. 1:13-bk-04105
:
:
Debtor  :  CHAPTER 13 PROCEEDING
:

## APPLICATION TO EMPLOY REALTOR

AND NOW, this 6th day of September, 2017 comes the Debtor, Lois M. Smith, by and through her attorney, James H. Turner, Esquire and makes this Application, respectfully stating in support thereof:

1. Debtor filed a Voluntary Bankruptcy Petition under Chapter 13 of the Bankruptcy Code on August 8, 2013.

2. The Debtor wishes to sell her property at 1965 Limestone Drive, Hummelstown, PA 17036.

3. The Debtor requires the assistance of Kelly Smith and Lisa Foley of Berkshire Hathaway, in order to properly determine the value and best selling price of her home.

4. The Debtor wishes to engage the services of Berkshire Hathaway as the Real Estate Agency.

5. The Debtor requests that this Court approve the engagement of the services of Berkshire Hathaway in this case.

6. The broker's fee for selling the property is 6%.

WHEREFORE, Debtors respectfully request this Honorable Court to approve the Application to Employ Berkshire Hathaway to assist debtors in selling their property.

Respectfully submitted,

/s/ James H. Turner
James H. Turner
Turner and O'Connell
4701 North Front Street
Harrisburg, PA  17110
(717) 232-4551

Attorney for Debtors/Respondents

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE

| | | |
|---|---|---|
| LOIS M. SMITH | : | BK. NO. 1:13-bk-04105 |
| | : | |
| Debtor | : | CHAPTER 13 PROCEEDING |
| | : | |

## CERTIFICATE OF SERVICE

I, James H. Turner, hereby certify that I served a true and correct copy of the foregoing by depositing a true and correct copy in the U.S. mail, first class postage prepaid, addressed or e-mail as follows:

Charles J. DeHart III, Esquire
8125 Adams Drive
Suite A
Hummelstown, PA 17036

Date: 9/6/17     /s/ James H. Turner
                 James H. Turner

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LOIS M. SMITH : BK. NO. 1:13-bk-04105
:
:
Debtor : CHAPTER 13 PROCEEDING
:

## ORDER APPROVING EMPLOYMENT OF REALTOR

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Debtor's Application to Employ Peters Realty enlisted to sell the property at 1965 Limestone Drive, Hummelstown, PA 17036, it is hereby –

ORDERED AND DECREED, that Berkshire Hathaway be hereby employed as the Real Estate Agency to list the Debtor's property.