IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LOIS M. SMITH           :    BK. NO. 1:13-bk-04105

                         :

Debtor                      :    CHAPTER 13 PROCEEDING

                         :

**AFFIDAVIT OF DISINTERESTEDNESS**

We, Kelly A. Smith and Lisa Foley, of Berkshire Hathaway, being duly sworn, do hereby state as follows:

1. Neither we, nor the firm of Berkshire Hathaway, have any claim or interest adverse to the interest of Lois M. Smith.

2. Neither we, nor the firm of Berkshire Hathaway, have any claim or interest adverse to the interest of the bankruptcy estate Lois M. Smith.

3. Neither we, nor the firm of Berkshire Hathaway, represent any creditor or other party with an interest adverse to that of Lois M. Smith or her bankruptcy estate.

In witness whereof, we have set our hands and seals this 29th day of August, 2017.

Sworn to and subscribed
Before me this 29th day
of August, 2017

_____
Notary Public

Kelly Smith

Lisa Foley

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Linda H. Ott, Notary Public
Derry Twp., Dauphin County
My Commission Expires July 14, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES