UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LOIS M. SMITH : BK. NO. 1:13-bk-04105

Debtor : CHAPTER 13 PROCEEDING

## ORDER APPROVING EMPLOYMENT OF REALTOR

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Debtor's Application to Employ Kelly Smith and Lisa Foley of Berkshire Hathaway enlisted to sell the property at 1965 Limestone Drive, Hummelstown, PA 17036, it is hereby –

ORDERED AND DECREED, that Berkshire Hathaway be hereby employed as the Real Estate Agency to list the Debtor's property.