```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 13-04105-RNO
Lois M Smith                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: MMchugh              Page 1 of 1              Date Rcvd: Sep 14, 2017
                        Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
db          +Lois M Smith,   1965 Limestone Drive,   Hummelstown, PA 17036-7056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            James H Turner   on behalf of Debtor Lois M Smith pat@turnerandoconnell.com
            Jerome B Blank   on behalf of Creditor   JPMorgan Chase Bank, National Association pamb@fedphe.com
            Jerome B Blank   on behalf of Creditor   JPMorgan Chase Bank, N.A. pamb@fedphe.com
            Joshua I Goldman   on behalf of Creditor   JP Morgan Chase Bank N.A. bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Thomas I Puleo   on behalf of Creditor   JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                     TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LOIS M. SMITH : BK. NO. 1:13-bk-04105
:
:
Debtor : CHAPTER 13 PROCEEDING
:

**ORDER APPROVING EMPLOYMENT OF REALTOR**

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Debtor's Application to Employ Kelly Smith and Lisa Foley of Berkshire Hathaway enlisted to sell the property at 1965 Limestone Drive, Hummelstown, PA 17036, it is hereby –

ORDERED AND DECREED, that Berkshire Hathaway be hereby employed as the Real Estate Agency to list the Debtor's property.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(MM)

Dated: September 14, 2017