IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 Proceeding |
|     LOIS M. SMITH | : Case No. 1:13-bk-04105 |
| | : |
| | : |
|     Debtor | : |

## NOTICE TO CREDITORS OF MOTION TO SELL PROPERTY AND OPPORTUNITY TO OBJECT

**TO ALL CREDITORS OF THE ABOVE-CAPTIONED DEBTOR:**

Please take notice that the above-captioned Debtor has filed a Motion to Sell Property.

<u>Name of seller and property address:</u>  Lois M. Smith, 1965 Limestone Drive, Hummelstown, Pennsylvania.

<u>Place, date and time of sale:</u>  Property is under contract

<u>Hearing Date:</u>  Set only upon objections

<u>Description:</u>  2 story, 3 bedroom house locked in Derry Twp., Hummelstown, Pennsylvania

<u>Description of inventory:</u>  Not Applicable

<u>Place, and time property can be examined:</u>  Not Applicable

<u>Terms/conditions of sale:</u> This property is being sold with approval of Mortgage Company

<u>Subject to better offers:</u>  Not Applicable

<u>Borrower:</u> George and Patricia Pecchio, 10 Russell Lane, Patchogue, NY. No relationship to seller

<u>Advertisement:</u>  Not Applicable

<u>Objection date:</u>  October 23, 2017

If you, the creditor, have any objections, you are to notify the Court for entry.

Case 1:13-bk-04105-RNO    Doc 54    Filed 10/02/17    Entered 10/02/17 09:52:51    Desc
Main Document      Page 1 of 2

If no objections are timely filed and properly served, the court may enter an order granting the motion.

James H. Turner
Turner and O'Connell
4701 North Front Street
Harrisburg, PA 17110
(717) 232-4551

Any objection to the Motion to Sell Property must be filed within twenty-one (21) days from the date of this notice.

Date: 9/29/17

Clerk, U.S. Bankruptcy Court