IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    LOIS M. SMITH : CASE NO. 1:13-04105
:
    Debtor :

## CERTIFICATE OF SERVICE

I, James H. Turner, Esquire, hereby certify that I served a true and correct copy of the **Notice to Creditors** and **motion to sell** listed on the attached mailing matrix.

See attached

Date: 10/2/2017

/s/ James H. Turner, Esquire
James H. Turner
Turner and O'Connell
4701 North Front Street
Harrisburg, PA 17110
(717) 232-4551

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:13-bk-04105-RNO<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Oct  2 09:35:17 EDT 2017 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | American Express<br>c/o Nationwide Credit Inc<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | BAYVIEW LOAN SERVICING, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1837 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146-1837 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146<br>Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146-1837 | Jerome B Blank<br>Phelan Hallinan & Schmieg LLP<br>One Penn Center<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103-1814 |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>PO Box 24696<br>Columbus, OH 43224-0696 |
| Chase<br>PO Box 9001020<br>Louisville, KY 40290-1020 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Joshua I Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| JPMorgan Chase Bank, N.A.<br>Chase Records Center<br>Attention: Correspondence Mail<br>Mail Code: LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>Chase Records Center<br>Attn: Correspondence Mail<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | PSECU<br>PO Box 67013<br>Harrisburg, PA 17106-7013 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Thomas I Puleo<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Lois M Smith<br>1965 Limestone Drive<br>Hummelstown, PA 17036-7056 |
| James H Turner<br>Turner and O'Connell<br>4701 North Front Street<br>Harrisburg, PA 17110-1711 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |