IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LOIS M. SMITH | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| vs. | : | |
| | : | |
| JP MORGAN CHASE BANK NA, | : | |
| Respondent | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| LOIS M. SMITH | : | |
| Respondent | : | CASE NO. 1-13-bk-04105-RNO |

## TRUSTEE'S OBJECTION TO MOTION TO SELL REAL ESTATE

AND NOW, this 4th day of October, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney, James K. Jones, and objects to debtor's Motion to Sell Real Estate for the following reasons:

1. Objectant, Charles J. DeHart, III, is the duly appointed Chapter 13 Trustee in this case.

2. Respondent, Lois M. Smith, is the debtor in this case.

3. Respondent filed an Amended Motion to Sell Real Estate regarding the real estate known and designated as 1965 Limestone Drive, Hummelstown, PA (Docket #52).

4. The motion does not direct that non-exempt equity be paid to the Trustee for distribution to unsecured creditors in this case.

WHEREFORE, Trustee respectfully requests this Court to direct that non-exempt equity realized in the sale be paid to the Trustee for disbursement to unsecured claims.

Respectfully submitted,

Charles J. Dehart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

BY: /s/James K. Jones
Attorney for Trustee

# CERTIFICATE OF SERVICE

AND NOW, this 4th day of October, 2017, I hereby certify that I have served the within Objection electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James H. Turner, Esquire
4701 North Front Street
Harrisburg, PA   17110

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee