UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LOIS M. SMITH | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| vs. | : | |
| | : | |
| JP MORGAN CHASE BANK NA, | : | |
| Respondent | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| LOIS M. SMITH | : | |
| Respondent | : | CASE NO. 1-13-bk-04105-RNO |

ORDER

Upon consideration of the Debtor's Motion to Sell Real Estate and the Trustee's Objection thereto, and all other matters of record,

IT IS HEREBY ORDERED that the Debtor is authorized to sell her real estate known and designated as 1965 Limestone Road, Hummelstown, Pennsylvania pursuant to Sections 1303 and 363(b) of the Bankruptcy Code under the terms set forth in the parties' Standard Agreement for the Sale of Real Estate dated September 13, 2017. After paying from the sale price any costs of sale, liens and Debtor's exemption in the amount of $22,975.00, the balance shall be paid to the Trustee for distribution to unsecured creditors with allowed claims in this case.