## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                 : Chapter 13 Proceeding
      LOIS M. SMITH      : Case No. 1:13-bk-04105
                     :
      Debtor            :

## AMENDED NOTICE TO CREDITORS OF MOTION TO SELL PROPERTY AND OPPORTUNITY TO OBJECT

**TO ALL CREDITORS OF THE ABOVE-CAPTIONED DEBTOR:**

Please take notice that the above-captioned Debtor has filed a Motion to Sell Property.

<u>Name of seller and property address:</u>  Lois M. Smith, 1965 Limestone Drive, Hummelstown, Pennsylvania.

<u>Place, date and time of sale:</u>  Property is under contract

<u>Hearing Date:</u>  Set only upon objections

<u>Description:</u> 2 story, 3 bedroom house locked in Derry Twp., Hummelstown, Pennsylvania

<u>Description of inventory:</u>  Not Applicable

<u>Place, and time property can be examined:</u>  Not Applicable

<u>Terms/conditions of sale:</u> This property is being sold with approval of Mortgage Company

<u>Subject to better offers:</u>  Not Applicable

<u>Borrower:</u> George and Patricia Pecchio, 10 Russell Lane, Patchogue, NY. No relationship to seller

<u>Advertisement:</u>  Not Applicable

<u>Objection date:</u> October 23, 2017

<u>Hearing date:</u>  November 16, 2017 at 10:00 AM
US Bankruptcy Court, Bankruptcy Courtroom (3rd Floor), 3rd & Walnut Streets, Harrisburg, PA 17101

If you, the creditor, have any objections, you are to notify the Court for entry.

If no objections are timely filed and properly served, the court may enter an order granting the motion.

James H. Turner
Turner and O'Connell
4701 North Front Street
Harrisburg, PA 17110
(717) 232-4551

Any objection to the Motion to Sell Property must be filed within twenty-one (21) days from the date of this notice.

Date:   9/29/17

Clerk, U.S. Bankruptcy Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    LOIS M. SMITH

        Debtor

: **CHAPTER 13**
: CASE NO. 1:13-04105
:
:
:

### CERTIFICATE OF SERVICE

    I, James H. Turner, Esquire, hereby certify that I served a true and correct copy of the **Notice to Creditors** and **motion to sell** listed on the attached mailing matrix.

        See attached

Date: 10/2/2017

_/s/ James H. Turner, Esquire_
James H. Turner
Turner and O'Connell
4701 North Front Street
Harrisburg, PA 17110
(717) 232-4551

Case 1:13-bk-04105-RNO    Doc 55   Filed 10/02/17   Entered 10/02/17 10:08:06   Desc
Main Document    Page 1 of 2
Case 1:13-bk-04105-RNO    Doc 59   Filed 10/05/17   Entered 10/05/17 09:08:36   Desc
Main Document    Page 3 of 4

Label Matrix for local noticing
0314-1
Case 1:13-bk-04105-RNO
Middle District of Pennsylvania
Harrisburg
Mon Oct  2 09:35:17 EDT 2017

ALTAIR OH XIII, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

American Express
c/o Nationwide Credit Inc
PO Box 26314
Lehigh Valley, PA 18002-6314

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

BAYVIEW LOAN SERVICING, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146-1837

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146-1837

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146
Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146-1837

Jerome B Blank
Phelan Hallinan & Schmieg LLP
One Penn Center
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103-1814

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase
PO Box 24696
Columbus, OH 43224-0696

Chase
PO Box 9001020
Louisville, KY 40290-1020

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Joshua I Goldman
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

JPMorgan Chase Bank, N.A.
Chase Records Center
Attention: Correspondence Mail
Mail Code: LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

JPMorgan Chase Bank, N.A.
Chase Records Center
Attn: Correspondence Mail
700 Kansas Lane
Monroe, LA 71203-4774

PSECU
PO Box 67013
Harrisburg, PA 17106-7013

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Thomas I Puleo
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Lois M Smith
1965 Limestone Drive
Hummelstown, PA 17036-7056

James H Turner
Turner and O'Connell
4701 North Front Street
Harrisburg, PA 17110-1711

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541