IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13 Proceeding
    LOIS M. SMITH : Case No. 1:13-bk-04105

    Debtor

## NOTICE TO CREDITORS OF MOTION TO SELL PROPERTY AND OPPORTUNITY TO OBJECT

**TO ALL CREDITORS OF THE ABOVE-CAPTIONED DEBTOR:**

Please take notice that the above-captioned Debtor has filed a Motion to Sell Property.

<u>Name of seller and property address:</u> Lois M. Smith, 1965 Limestone Drive, Hummelstown, Pennsylvania.

<u>Place, date and time of sale:</u> Property is under contract

<u>Hearing Date:</u> Set only upon objections

<u>Description:</u> 2 story, 3 bedroom house locked in Derry Twp., Hummelstown, Pennsylvania

<u>Description of inventory:</u> Not Applicable

<u>Place, and time property can be examined:</u> Not Applicable

<u>Terms/conditions of sale:</u> This property is being sold with approval of Mortgage Company

<u>Subject to better offers:</u> Not Applicable

<u>Borrower:</u> George and Patricia Pecchio, 10 Russell Lane, Patchogue, NY. No relationship to seller

<u>Advertisement:</u> Not Applicable

<u>Objection date:</u> October 23, 2017

If you, the creditor, have any objections, you are to notify the Court for entry.

Case 1:13-bk-04105-RNO    Doc 54    Filed 10/02/17    Entered 10/02/17 09:52:51    Desc
Main Document    Page 1 of 2
Case 1:13-bk-04105-RNO    Doc 61    Filed 10/17/17    Entered 10/17/17 08:44:17    Desc
Main Document    Page 1 of 5

If no objections are timely filed and properly served, the court may enter an order granting the motion.

James H. Turner
Turner and O'Connell
4701 North Front Street
Harrisburg, PA 17110
(717) 232-4551

Any objection to the Motion to Sell Property must be filed within twenty-one (21) days from the date of this notice.

Date: 9/29/17

Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lois M Smith
**Debtor(s)**

Chapter: 13

Case number: 1:13-bk-04105-RNO

Document Number: 52

Lois M Smith
**Movant(s)**

Matter: Motion for Sale Free and Clear of Liens

vs.

JPMorgan, Chase Bank, NA
**Respondent(s)**

### Order

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above-referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001-6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 16, 2017 Time: 10:00 AM |
|---|---|

Dated: September 29, 2017

By the Court,

*[signature]*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

---

Initial requests for a continuance of hearing (*L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    LOIS M. SMITH : CASE NO. 1:13-04105
       Debtor :

## CERTIFICATE OF SERVICE

I, James H. Turner, Esquire, hereby certify that I served a true and correct copy of the **Notice to Creditors** and **motion to sell** listed on the attached mailing matrix.

See attached

Date: 10/2/2017

/s/ James H. Turner, Esquire
James H. Turner
Turner and O'Connell
4701 North Front Street
Harrisburg, PA 17110
(717) 232-4551

Case 1:13-bk-04105-RNO   Doc 55   Filed 10/02/17   Entered 10/02/17 10:08:06   Desc
Main Document   Page 1 of 2
Case 1:13-bk-04105-RNO   Doc 59   Filed 10/05/17   Entered 10/05/17 09:08:36   Desc
Main Document   Page 3 of 4
Case 1:13-bk-04105-RNO   Doc 61   Filed 10/17/17   Entered 10/17/17 08:44:17   Desc
Main Document   Page 4 of 5

```
Label Matrix for local noticing          ALTAIR OH XIII, LLC                      American Express
0314-1                                    C O WEINSTEIN AND RILEY, PS              c/o Nationwide Credit Inc
Case 1:13-bk-04105-RNO                    2001 WESTERN AVENUE, STE 400             PO Box 26314
Middle District of Pennsylvania           SEATTLE, WA 98121-3132                   Lehigh Valley, PA 18002-6314
Harrisburg
Mon Oct  2 09:35:17 EDT 2017

American Express Centurion Bank           BAYVIEW LOAN SERVICING, LLC              (p)BANK OF AMERICA
c/o Becket and Lee LLP                    4425 Ponce De Leon Blvd. 5th Floor       PO BOX 982238
POB 3001                                  Coral Gables, FL 33146-1837              EL PASO TX 79998-2238
Malvern PA 19355-0701

Bayview Loan Servicing, LLC               Bayview Loan Servicing, LLC              Jerome B Blank
4425 Ponce De Leon Blvd. 5th Floor        4425 Ponce De Leon Blvd. 5th Floor       Phelan Hallinan & Schmieg LLP
Coral Gables, Florida 33146-1837          Coral Gables, Florida 33146              One Penn Center
                                          Bayview Loan Servicing, LLC              1617 JFK Boulevard, Suite 1400
                                          4425 Ponce De Leon Blvd. 5th Floor       Philadelphia, PA 19103-1814
Capital One                               Coral Gables, Florida 33146-1837
PO Box 71083                              Chase                                    Chase
Charlotte, NC 28272-1083                  PO Box 15298                             PO Box 24696
                                          Wilmington, DE 19850-5298                Columbus, OH 43224-0696


Chase                                     Charles J DeHart, III (Trustee)          Joshua I Goldman
PO Box 9001020                            8125 Adams Drive, Suite A                KML Law Group, P.C.
Louisville, KY 40290-1020                 Hummelstown, PA 17036-8625               701 Market Street
                                                                                   Suite 5000
                                                                                   Philadelphia, PA 19106-1541

JPMorgan Chase Bank, N.A.                 JPMorgan Chase Bank, N.A.                PSECU
Chase Records Center                      Chase Records Center                     PO Box 67013
Attention: Correspondence Mail            Attn: Correspondence Mail                Harrisburg, PA 17106-7013
Mail Code: LA4-5555                       700 Kansas Lane
700 Kansas Lane                           Monroe, LA 71203-4774
Monroe, LA 71203-4774

(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Thomas I Puleo                           Lois M Smith
PO BOX 41067                              KML Law Group, P.C.                      1965 Limestone Drive
NORFOLK VA 23541-1067                     701 Market Street                        Hummelstown, PA 17036-7056
                                          Suite 5000
                                          Philadelphia, PA 19106-1541

James H Turner                            United States Trustee
Turner and O'Connell                      228 Walnut Street, Suite 1190
4701 North Front Street                   Harrisburg, PA 17101-1722
Harrisburg, PA 17110-1711
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                           Portfolio Recovery Associates, LLC
PO Box 15019                              POB 12914
Wilmington, DE 19886-5019                 Norfolk VA 23541
```

Case 1:13-bk-04105-RNO    Doc 55    Filed 10/02/17    Entered 10/02/17 10:08:06    Desc
                          Main Document      Page 2 of 2

Case 1:13-bk-04105-RNO    Doc 59    Filed 10/05/17    Entered 10/05/17 09:08:36    Desc
                          Main Document      Page 4 of 4

Case 1:13-bk-04105-RNO    Doc 61    Filed 10/17/17    Entered 10/17/17 08:44:17    Desc
                          Main Document      Page 5 of 5