IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13 Proceeding
   LOIS M. SMITH : Case No. 1:13-bk-04105
      Debtor :

## AMENDED ORDER TO SELL PROPERTY

     Upon consideration of the foregoing Motion to Sell Property it is hereby ordered that the Debtor is authorized to sell her real estate known and designated as 1965 Limestone Road, Hummelstown, Pennsylvania pursuant to Sections 1303 and 363(b) of the Bankruptcy Code under the terms set forth in the parties' Standard Agreement for the Sale of Real Estate dated September 13, 2017. After paying from the sale price any costs of sale, liens, and Debtor's exemption in the amount of $22,975.00, the balance shall be paid to the Trustee for distribution to unsecured creditors with allowed claims in this case.

                          BY THE COURT: