UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LOIS M. SMITH | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| LOIS M. SMITH | : | |
| Respondent(s) | : | CASE NO.   1-13-bk-04105 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO MOTION
TO SELL REAL ESTATE

AND NOW, this   6th   day of November, 2017, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and in consideration of Debtor's Amended Proposed Order

(Docket #62), Trustee withdraws his Objection to Motion to Sell Real Estate filed on or

about October 4, 2017.

Respectfully submitted:


/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097


CERTIFICATE OF SERVICE

AND NOW, this   6th   day of November, 2017, I hereby certify that I have
served the within Motion by electronically notifying parties or by depositing a true and correct
copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first
class mail, addressed to the following:

James H. Turner, Esquire
4701 North Front Street
Harrisburg, PA   17110


/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee