UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:13-04105
LOIS M. SMITH :
    Debtor :

## NOTICE OF ELECTION TO CONVERT CASE TO CHAPTER 7

    Debtor, Lois M. Smith, hereby gives notice pursuant to 11 U.S.C. Section 1307(a) that they hereby convert this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Date: 3/6/18          /s/Lois M. Smith
                                       Lois M. Smith

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:13-04105
LOIS M. SMITH :
    Debtor :

## SCHEDULE OF POST-PETITION DEBTS

The Debtor's post-petition debts are as follows:

| NAME | AMOUNT |
|---|---|
| Boscov's<br>PO Box 13601<br>Philadelphia, PA 19101-3601 | $2,300 |

Respectfully submitted,

/s/ James H. Turner
James H. Turner, Esquire
Turner and O'Connell
915 N Mountain Road, Suite D
Harrisburg, PA 17112
(717) 232-4551

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:13-04105
LOIS M. SMITH :
      Debtor :

## VERIFICATION

      I, Lois M. Smith, declare under penalty of perjury that I have read this schedule and that the information therein is true and correct to the best of my knowledge, information and belief.

Date: 3/6/18               /s/ Lois M. Smith
                                  Lois M. Smith

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :       BK. NO. 1:13-04105
LOIS M. SMITH                   :
         Debtor                 :

## ORDER CONVERTING CASE

Upon motion of the above Debtor, and it having been determined that the above case should be converted, it is

ORDERED that this case be and it is hereby converted from a case under 11 U.S.C. Chapter 13 to a case under 11 U.S.C. Chapter 7, and it is further

ORDERED that the present Trustee be and is hereby discharged.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:13-04105
LOIS M. SMITH :
    Debtor :

**CERTIFICATE OF SERVICE**

    I, James H. Turner, hereby certify that on this 6th day of March, 2018, I served a true and correct copy of the foregoing Amendment to Bankruptcy Schedule by U.S. Mail, first class, postage prepaid, or e-mail addressed to the following:

    Charles J. DeHart, III
    Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036

    US Trustee
    Federal Building
    228 Walnut Street
    Harrisburg, PA 17101

    Boscov's
    PO Box 13601
    Philadelphia, PA 19101-3601

    /s/ James H. Turner, Esquire
    James H. Turner
    Turner and O'Connell
    915 N Mountain Road, Suite D
    Harrisburg, PA 17112
    (717) 232-4551

Case 1:13-bk-04105-RNO  Doc 69  Filed 03/06/18  Entered 03/06/18 15:27:13  Desc
Main Document  Page 5 of 5