## LOCAL BANKRUPTCY FORM 1007-1(c)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA IN RE:

IN RE:

LOIS SMITH                                :    BK. NO. 1:13-04105
                                          :
                                          :    CHAPTER 7 BANKRUPTCY
                                          :
Debtor(s)                                 :

**CERTIFICATION OF NO PAYMENT ADVICES pursuant to
11 U.S.C. § 521(a)(1)(B)(iv)**

I/We, Lois Smith, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received no payment advices during that period because:

- ☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the

- ☐ Immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- ☒ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE:

                                                    _Lois Smith_
                                                    Debtor