```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 13-04105-RNO
Lois M Smith                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: MMchugh      Page 1 of 1      Date Rcvd: Mar 07, 2018
                      Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2018.
db         #+Lois M Smith,   1965 Limestone Drive,   Hummelstown, PA 17036-7056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         James H Turner   on behalf of Debtor 1 Lois M Smith pat@turnerandoconnell.com
         Jerome B Blank   on behalf of Creditor   JPMorgan Chase Bank, National Association pamb@fedphe.com
         Jerome B Blank   on behalf of Creditor   JPMorgan Chase Bank, N.A. pamb@fedphe.com
         Joshua I Goldman   on behalf of Creditor   JP Morgan Chase Bank N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         Thomas I Puleo   on behalf of Creditor   JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:13-04105
LOIS M. SMITH :
      Debtor :

## ORDER CONVERTING CASE

      Upon motion of the above Debtor, and it having been determined that the above case should be converted, it is

      ORDERED that this case be and it is hereby converted from a case under 11 U.S.C. Chapter 13 to a case under 11 U.S.C. Chapter 7, and it is further

      ORDERED that the present Trustee be and is hereby discharged.

Dated: March 07, 2018      By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)