**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                              :
      LOIS M. SMITH                    : CASE NO. 1:13-04105
                                         :
                                         : CHAPTER 7

## **CHANGE OF ADDRESS**

Please change the mailing address for **Lois M. Smith,** to the following:

        7 Hemlock Ct
        Hershey, PA 17033

                                     /s/ James H. Turner, Esquire
                                     James H. Turner
Date:3/13/18                        Turner and O'Connell
                                     915 N Mountain Road, Suite D
                                     Harrisburg, PA 17112