Certificate Number: 01401-PAM-DE-030801604

Bankruptcy Case Number: 13-04105


01401-PAM-DE-030801604

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2018, at 1:19 o'clock PM EDT, Lois M Smith completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  March 30, 2018      By:   /s/Jeremy Lark for Sandra Garcia

Name:  Sandra Garcia

Title:  Counselor