```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 13-04105-RNO
Lois M Smith                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: admin              Page 1 of 1              Date Rcvd: Jun 18, 2018
                               Form ID: 318             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
```
db          +Lois M Smith,    7 Hemlock Ct,    Hershey, PA 17033-9531
4359194     +American Express,    c/o Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
4359198      Chase,    PO Box 9001020,    Louisville, KY 40290-1020
4359197      Chase,    PO Box 24696,    Columbus, OH 43224-0696
4402516     +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attention: Correspondence Mail,
              Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4423514     +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
              700 Kansas Lane,    Monroe, LA 71203-4774
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 18 2018 18:53:24
              BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, FL 33146-1837
4411631     +E-mail/Text: bncmail@w-legal.com Jun 18 2018 18:53:20       ALTAIR OH XIII, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4385820      EDI: BECKLEE.COM Jun 18 2018 22:58:00       American Express Centurion Bank,
              c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4359195      EDI: BANKAMER.COM Jun 18 2018 22:58:00       Bank of America,    PO Box 15019,
              Wilmington, DE 19886-5019
4971827     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 18 2018 18:53:24
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
              4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
4971826     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 18 2018 18:53:24
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146-1837
4359196      EDI: CAPITALONE.COM Jun 18 2018 22:58:00       Capital One,    PO Box 71083,
              Charlotte, NC 28272-1083
4359199      EDI: CHASE.COM Jun 18 2018 22:58:00       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
4420599      EDI: PRA.COM Jun 18 2018 22:58:00       Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
4359200      E-mail/Text: bankruptcynotices@psecu.com Jun 18 2018 18:53:26       PSECU,    PO Box 67013,
              Harrisburg, PA 17106-7013
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
```
              James H Turner    on behalf of Debtor 1 Lois M Smith pat@turnerandoconnell.com
              Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JP Morgan Chase Bank N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lois M Smith** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−1214 <br> EIN   __−_____ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN  ____ <br> EIN   __−_____ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:13−bk−04105−RNO**

## Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lois M Smith

**By the court:**   *Robt N. Opel II* (signature)

June 18, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**